# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-12517-AMC

VICTOR L. WILSON

2222 W. 13th Street

Chester, PA 19013-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    VICTOR L. WILSON

    2222 W. 13th Street

    Chester, PA 19013-

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN
    LAW OFFICE OF ROBERT BRAVERMAN
    1515 MARKET ST, 15TH FLOOR
    PHILADELPHIA, PA 19102-

Date: 8/18/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee