## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Victor L. Wilson<br>　　　　　　　　　Debtor<br><br>VW Credit, Inc.<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Victor L. Wilson<br>　　　　　　　　　Debtor<br><br>William C. Miller, Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 15-12517 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of VW Credit, Inc., which was filed with the Court on or about July 31, 2017 (Document No. 78).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorneys for Movant

September 28, 2017