## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| VICTOR L. WILSON, | : | CASE #15-12517/AMC |
| Debtor . | : | **NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

TO:    All Creditors & Parties in Interest (See Service List)

Notice is hereby given that:

    1.    Robert N. Braverman, Esquire, attorney for debtor, has filed an Application for Compensation And Reimbursement of Expenses for services rendered on behalf of the debtor(s) in the within proceedings for the period March 3, 2015 through October 24, 2018 in the amount of $3,750.00 in compensation ($1,750.00 previously received, $2,000.00 through Plan) and $310.00 for costs ($310.00 previously received).

    2.    The debtor paid to the Applicant the sum of $1,750.00 as a retainer prior to the filing of the Voluntary Petition.

    3.    Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice. Thereupon, the Court shall schedule a hearing on any such objection.

    4.    In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

                                      LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                      Attorneys for Debtor,

                                      By:  /s/ Robert N. Braverman
DATED:      October 24, 2018            ROBERT N. BRAVERMAN, ESQUIRE

Robert N. Braverman, Esquire (I.D. 38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA  19102
(215) 928-9199
Attorneys for Debtor

| | | |
|---|---|---|
| Wm. C. Miller, Chapter 13 Trustee<br>PO Box 1229<br>Phila., PA 19105-1229 | Office of U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107-4405 | Victor L. Wilson<br>2222 W. 13th Street<br>Chester, PA 19013 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American InfoSource LP<br>Agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Chase Bank USA N.A.<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Citadel Federal Credit Union<br>520 Eagleview Blvd.<br>Exton, PA 19341-1119 | Equity Trust Company c/o<br>Howard Financial<br>503 Bridle Path<br>West Chester, PA 19380 | American Express Bank, FSB c/o<br>Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | Wells Fargo Bank, NA<br>Attn: Bkrtcy Dept. - MAC#D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | VW Credit, Inc.<br>PO Box 9013<br>Addison, TX 75001 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | eCast Settlement Corp<br>Assignee of Citibank, N.A.<br>PO Box 29262<br>New York, NY 10087-9262 | Bank of America Business Card<br>PO Box 15796<br>Wilmington, DE 19886-5796 |
| City of Phila., Law Dept, Tax Unit<br>Bankruptcy Group<br>1401 JFK Blvd., 5th Floor<br>Phila., PA 19102-1640 | Chester Twp c/o Nat'l Credit Systems, Inc.<br>117 E. 24th Street, 5th Floor<br>New York, NY 10010-2937 | Citibank c/o Portfolio Recovery<br>Riverside Commerce Center, Suite 100<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4952 |
| City of Phila., Dept. of Revenue<br>Attn: Mary-Kate Martin, Esquire<br>1401 JFK Blvd.<br>Phila., PA 19102-1663 | Dept of Education / Nelnet<br>121 S. 13th Street<br>Lincoln, NE 68508-1904 | First Niagara Bank c/o<br>Bernstein Burkley, PA<br>Attn: Ray P. Wendolowski, Jr., Esquire<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219 |
| Delaware County Tax Claim Bureau<br>Government Center<br>201 W. Front Street<br>Media, PA 19063-2708 | AES / PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Citadel Federal Credit Union<br>40 N. Bailey Road<br>Thorndale, PA 19372-1026 | CitiCards<br>IBS CDV Disputes<br>Sioux Falls, SD 547117-6241 | City of Philadelphia<br>Water Revenue Bureau<br>1401 JFK Blvd.<br>Phila., PA 19102-1663 |
| Howard Financial<br>Attn: Glenn Brown<br>635 Swedesboro Road<br>Malvern, PA 19355-9500 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541-1067 | US Dept of Education<br>GLEISI<br>PO Box 7860<br>Madison, WI 53707-7860 |

| | | |
|---|---|---|
| Wells Fargo Bank<br>PO Box 45038<br>MAC Z3057012<br>Jacksonville, FL 32232-5038 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | VW Credit Inc. c/o<br>Matteo Samuel Weiner<br>KML Law Group<br>701 Market Street, Suite 5000<br>Phila.,PA 19106-1541 |
| PECO Energy Company<br>Attn: Merrick Friel<br>2301 Market Street, S23-1<br>Phila., PA 19103-1380 | U.S. Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Volkswagen Credit Union<br>1401 Franklin Blvd.<br>Libertyville, Ill 60048-4460 |
| Verizon<br>500 Technology Drive<br>Weldon Spring, MO 63304-2225 | Wells Fargo Home Mortgage<br>Attn: Mary Coffin, Exec. V.P.<br>PO Box 10335<br>Des Moines, IA 50306-0335 | |