## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| VICTOR L. WILSON, | : | CASE #15-12517/AMC |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2. On October 24, 2018 I electronically filed with the U.S. Bankruptcy Court an Application for Compensation and Reimbursement of Expenses together with proposed form of Order and Notice thereof.

3. On or about October 25, 2018, I forwarded to all parties in interest (See Service List) a copy of the Notice of Application for Compensation and Reimbursement of Expenses filed in the above matter, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    October 25, 2018

/s/ Kathy Brocious
KATHY BROCIOUS

Robert N. Braverman, Esquire (I.D. #38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys for Debtor


Wm. C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

Victor L. Wilson
2222 W. 13th Street
Chester, PA 19013

American Express
PO Box 981537
El Paso, TX 79998-1537

American InfoSource LP
Agent for Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Chase Bank USA N.A.
PO Box 15298
Wilmington, DE 19850-5298

Citadel Federal Credit Union
520 Eagleview Blvd.
Exton, PA 19341-1119

Equity Trust Company c/o
Howard Financial
503 Bridle Path
West Chester, PA 19380

American Express Bank, FSB c/o
Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

ECMC
PO Box 16408
St. Paul, MN 55116-0408

Wells Fargo Bank, NA
Attn: Bkrtcy Dept. - MAC#D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

VW Credit, Inc.
PO Box 9013
Addison, TX 75001

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

eCast Settlement Corp
Assignee of Citibank, N.A.
PO Box 29262
New York, NY 10087-9262

Bank of America Business Card
PO Box 15796
Wilmington, DE 19886-5796

City of Phila., Law Dept, Tax Unit
Bankruptcy Group
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1640

Chester Twp c/o Nat'l Credit Systems, Inc.
117 E. 24th Street, 5th Floor
New York, NY 10010-2937

Citibank c/o Portfolio Recovery
Riverside Commerce Center, Suite 100
120 Corporate Blvd.
Norfolk, VA 23502-4952

City of Phila., Dept. of Revenue
Attn: Mary-Kate Martin, Esquire
1401 JFK Blvd.
Phila., PA 19102-1663

Dept of Education / Nelnet
121 S. 13th Street
Lincoln, NE 68508-1904

First Niagara Bank c/o
Bernstein Burkley, PA
Attn: Ray P. Wendolowski, Jr., Esquire
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Delaware County Tax Claim Bureau
Government Center
201 W. Front Street
Media, PA 19063-2708

AES / PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130-0281

Citadel Federal Credit Union
40 N. Bailey Road
Thorndale, PA 19372-1026

CitiCards
IBS CDV Disputes
Sioux Falls, SD 547117-6241

City of Philadelphia
Water Revenue Bureau
1401 JFK Blvd.
Phila., PA 19102-1663

Howard Financial
Attn: Glenn Brown
635 Swedesboro Road
Malvern, PA 19355-9500

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-1067

US Dept of Education
GLEISI
PO Box 7860
Madison, WI 53707-7860

Wells Fargo Bank
PO Box 45038
MAC Z3057012
Jacksonville, FL 32232-5038

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

VW Credit Inc. c/o
Matteo Samuel Weiner
KML Law Group
701 Market Street, Suite 5000
Phila.,PA 19106-1541

PECO Energy Company
Attn: Merrick Friel
2301 Market Street, S23-1
Phila., PA 19103-1380

U.S. Dept of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Volkswagen Credit Union
1401 Franklin Blvd.
Libertyville, Ill 60048-4460

Verizon
500 Technology Drive
Weldon Spring, MO 63304-2225

Wells Fargo Home Mortgage
Attn: Mary Coffin, Exec. V.P.
PO Box 10335
Des Moines, IA 50306-0335