United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victor L. Wilson  
     Debtor

Case No. 15-12517-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Nov 19, 2018  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.  
db          Victor L. Wilson,    2222 W. 13th Street,    Chester, PA   19013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 20 2018 02:46:28     U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                                                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:  
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,  
          ecfemails@ph13trustee.com  
         KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,  
          karena.blaylock@phila.gov  
         PETER J. ASHCROFT    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com  
         ROBERT NEIL BRAVERMAN    on behalf of Debtor Victor L. Wilson robert@bravermanlaw.com  
         STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau  
          steve@bottiglierilaw.com,    ecfnotice@comcast.net  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                                                                                                                                                                                                                                                                            TOTAL: 12

___

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
___

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| VICTOR L. WILSON, | : | CASE #15-12517/AMC |
| Debtor. | : | **ORDER GRANTING ALLOWANCES** |

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, pursuant to an Application for Compensation and Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Application for Compensation, and the matter having come on for hearing, and for good cause shown;

IT IS on this __19th__ day of __November__, 2018 ORDERED that the Application for Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtor, in the amount of $3,750.00 in compensation ($1,750.00 previously received and $2,000.00 paid through the Chapter 13 Plan) be and is hereby allowed.

_____
HONORABLE ASHELY M. CHAN, USBJ

Copies to be sent to:

Robert N. Braverman, Esquire (#38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtor