_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| VICTOR L. WILSON, | : | CASE #15-12517/AMC |
| Debtor. | : | Hearing Date: 8/18/2020 @ 11 am |

**NOTICE OF MOTION SEEKING ORDER AVOIDING LIENS
OF
CITADEL FEDERAL CREDIT UNION**

TO:    Parties on Attached Service List

ROBERT N. BRAVERMAN with McDowell Law, PC, attorneys for the above captioned debtor, has filed a Motion to Avoid the Liens of Citadel Federal Credit Union.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before seven (7) days prior to the date of the hearing, you and your attorney must do the following:

    (a)    File an answer explaining your position at:

    US Bankruptcy Court
    900 Market Street, Suite 400
    Phila., PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the movant's attorney:

>Robert N. Braverman, Esquire (ID 38312)
>McDOWELL LAW, PC
>46 West Main Street
>Maple Shade, NJ 08052
>Telephone (856) 482-5544
>Telecopier (856) 482-5511
>Attorneys for Debtor

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.    **A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, USBJ on August 18, 2020 @ 11:00 am in Courtroom #4, US Bankruptcy Court, 900 Market Street, Philadelphia, PA, 19107.**

4.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an Answer.

>McDOWELL LAW, PC
>Attorneys for Debtor,
>
>By: /s/ Robert N. Braverman
>ROBERT N. BRAVERMAN, ESQUIRE

DATED:    July 20, 2020

SERVICE LIST –

Citadel Federal Credit Union
Attn:  Anand Solanski, CFO
520 Eagleview Blvd.
Exton, PA 19341

Citadel Federal Credit Union
Naomi R. McFarlin, Collections Paralegal
520 Eagleview Blvd.
Exton, PA 19341

Citadel Federal Credit Union
40 N. Bailey Road
Thorndale, PA 19372-1026

Delaware County Government Center
Attn:  Patricia Oreskovich, Director
201 West Front Street
Media, PA 19063

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105

Jack K. Miller, Esquire
The Bourse Bldg., Suite 583
111 S. Independence Mall East
Phila., PA 19106