UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| VICTOR L. WILSON, | : | CASE #15-12517/AMC |
| Debtor. | : | Hearing Date: 8/18/2020 @ 11 am |

**CERTIFICATE OF SERVICE**
**(Notice and Motion Re Citadel FCU Liens)**

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with McDowell Law, PC, attorneys for the above captioned debtor.

2. On July 21, 2020, I electronically filed a Motion Seeking an Order Avoiding the liens of Citadel Federal Credit Union together with proposed form or Order and Notice thereof.

3. On July 21, 2020, I served a copy of the aforementioned Notice of Motion, Motion, and proposed Order on all parties listed on the attached Service List via regular mail, postage paid thereon.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

DATED:    July 21, 2020

/s/ Kathy Brocious
KATHY BROCIOUS

Citadel Federal Credit Union
Attn:  Anand Solanski, CFO
520 Eagleview Blvd.
Exton, PA 19341

Citadel Federal Credit Union
Naomi R. McFarlin, Collections Paralegal
520 Eagleview Blvd.
Exton, PA 19341

Citadel Federal Credit Union
40 N. Bailey Road
Thorndale, PA 19372-1026

Delaware County Government Center
Attn:  Patricia Oreskovich, Director
201 West Front Street
Media, PA 19063

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105

Jack K. Miller, Esquire
The Bourse Bldg., Suite 583
111 S. Independence Mall East
Phila., PA 19106