IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>VICTOR L. WILSON<br>    Debtor(s)<br>--------------------------------------- | Chapter 13<br><br>Bankruptcy CASE #15-12517/MDC |

**STIPULATION**

**RESOLVING MOTION TO AVOID JUDGMENT OF CITADEL FEDERAL CREDIT UNIO**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Prior to the filing of the bankruptcy, Citadel Federal Credit Union obtained a Judgment in the amount $5009.58 against the debtor Victor L. Wilson and the parties have agreed that the judgment shall be avoided to the extent of $2504.79 and remain as a valid Judgment to the extent of $2504.79.
2. Facsimile signatures shall be as valid as original signatures and this Stipulation may be signed in counterparts.
3. The Chapter 13 Trustee has no objection to the terms of this Stipulation and this Stipulation is without prejudice to any of their rights and remedies.

/s/ Nathalie Paul    /s/Robert N. Braverman
Nathalie Paul, PA Bar No. 309118    Robert N. Braverman #38312
Attorney for Respondent    Attorney for Debtor
170 S. Independence Mall W., Suite 874W    1515 Market St Ste 1505
Philadelphia, PA 19106    Philadelphia PA 19103
267-940-1643    215-928-9199
npaul@weltman.com    rbraverman@mcdowelllegal.com

\_\_/s/Jack Miller_____

Jack Miller, Esquire

William C. Miller, Chapter 13 Trustee

Date: August 17, 2020

1234 Market Street, Ste 1813

Philadelphia, PA 19107

Approved by the Court this _____ day of _____, 2020. However, the court retains jurisdiction regarding entry of any further order.

_____

Bankruptcy Judge

ASHELY M. CHAN