**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Robert N. Braverman, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
In re:                                : Chapter 13
                                      :
Victor Wilson,                        : Case No. 15-12517
                                      :
                                      : JUDGE: MDC
                                      :
            **Debtors**               :
---------------------------------------------------------------X

**PRAECIPE TO WITHDRAW DOCUMENT NO. 100 STIPULATION RESOLVING MOTION TO AVOID JUDGMENT OF CITADEL FEDERAL CREDIT UNION FILED ON August 18, 2020**

I, **Robert N. Braverman, Esq.,** counsel to Debtor(s), **Victor Wilson,** hereby withdraw document no. **100**, Stipulation Resolving Motion to Avoid Judgment of Citadel Federal Credit Union filed **August 18, 2020** in the above referenced matter.

McDowell Law, PC

Dated: August 18, 2020        *By:/s/***Robert N. Braverman**
                              **Robert N. Braverman,** Esq.
                              Attorney for the Debtor(s)