**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Robert N. Braverman, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-----------------------------------------------------------X
| | |
|---|---|
| In re: | Chapter 13 |
| Victor Wilson, | Case No. 15-12517 |
| | JUDGE: MDC |
| Debtors | |

-----------------------------------------------------------X

## PRAECIPE TO WITHDRAW DOCUMENT NO. 101 STIPULATION RESOLVING MOTION TO AVOID JUDGMENT OF CITADEL FEDERAL CREDIT UNION FILED ON August 18, 2020

I, **Robert N. Braverman, Esq.,** counsel to Debtor(s), **Victor Wilson,** hereby withdraw document no. **101**, Stipulation Resolving Motion to Avoid Judgment of Citadel Federal Credit Union filed **August 18, 2020** in the above referenced matter.

McDowell Law, PC

Dated: August 18, 2020     *By:/s/***Robert N. Braverman**
**Robert N. Braverman,** Esq.
Attorney for the Debtor(s)