United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-12517-mdc
Victor L. Wilson                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Aug 19, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db              Victor L. Wilson,    2222 W. 13th Street,    Chester, PA  19013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        KARINA  VELTER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
        KIMBERLY A. BONNER    on behalf of Creditor   WELLS FARGO BANK, N.A. kab@jsdc.com,  jnr@jsdc.com
        LEONARD B. ALTIERI, III    on behalf of Creditor   Delaware County Tax Claim Bureau
         laltieri@toscanigillin.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   VW Credit, Inc. bkgroup@kmllawgroup.com
        NATHALIE PAUL    on behalf of Creditor   Citadel Federal Credit Union npaul@weltman.com,
         pitecf@weltman.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        PETER J. ASHCROFT    on behalf of Creditor   First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor   VW Credit, Inc. bkgroup@kmllawgroup.com
        ROBERT NEIL BRAVERMAN    on behalf of Debtor Victor L. Wilson rbraverman@mcdowelllegal.com,
         kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelleg
         al.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 13

.     ------------------------------------------------------------------------------------------------------

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>VICTOR L. WILSON<br>      Debtor(s)<br>--------------------------------------- | Chapter 13<br><br>Bankruptcy CASE #15-12517/MDC |

## STIPULATION

## RESOLVING MOTION TO AVOID JUDGMENT OF CITADEL FEDERAL CREDIT UNION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Prior to the filing of the bankruptcy, Citadel Federal Credit Union obtained a Judgment in the amount $5009.58 against the debtor Victor L. Wilson and the parties have agreed that the judgment shall be avoided to the extent of $2504.79 and remain as a valid Judgment to the extent of $2504.79.

2. Facsimile signatures shall be as valid as original signatures and this Stipulation may be signed in counterparts.

3. The Chapter 13 Trustee has no objection to the terms of this Stipulation and this Stipulation is without prejudice to any of their rights and remedies.


/s/ Nathalie Paul_____          /s/Robert N. Braverman
Nathalie Paul, PA Bar No. 309118          Robert N. Braverman #38312
Attorney for Respondent                   Attorney for Debtor
170 S. Independence Mall W., Suite 874W   1515 Market St Ste 1505
Philadelphia, PA 19106                    Philadelphia PA 19103
267-940-1643                              215-928-9199
npaul@weltman.com                         rbraverman@mcdowelllegal.com

___/s/Jack Miller_____

Jack Miller, Esquire

William C. Miller, Chapter 13 Trustee

Date: August 17, 2020

1234 Market Street, Ste 1813

Philadelphia, PA 19107

Approved by the Court this __19th___ day of _____August_____, 2020. However, the

court retains jurisdiction regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge