```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 15-12517-mdc
Victor L. Wilson                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Keith              Page 1 of 2           Date Rcvd: Sep 24, 2020
                              Form ID: 138NEW          Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db             Victor L. Wilson,    2222 W. 13th Street,    Chester, PA 19013
cr             ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
13508248       AES/PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13508249      +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13554873       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13557344       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13508250       Bank of America Business Card,    P.O. Box 15796,    Wilmington, DE 19886-5796
13508256       CitiCards CBNA,    Ibs Cdv Disputes,    Sioux Falls, SD 57117-6241
13508259       City of Philadelphia Water/Sewer,    Water Revenue Bureau,    1401 JFK Boulevard,
                 Philadelphia, PA 19102-1663
13508260      +Delaware County,    Government Center,    201 W. Front Street,    Media, PA 19063-2797
14287040      +Delaware County Tax Claim Bureau,    c/o LEONARD B. ALTIERI, III,    Toscani & Gillin, P.C.,
                 230 N. Monroe Street,    Media, PA 19063-2908
13832443       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13508262     +++Equity Trust Company,    c/o Howard Financial,    503 Bridle Path,    West Chester, PA 19380-7103
13508263       First Niagara Bank,    c/o Bernstein-Burkley, PC,    Attn: Raymond P. Wendolowski, Jr., Esqu,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
13508264      +Glenn Brown, Howard Financial,    635 Swedesford Road,    Malvern, PA 19355-9500
13508266      +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13563706      +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
13508267       US Dept of Education,    GLELSI,    P.O. Box 7860,   Madison, WI 53707-7860
13534801      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
13961595      +VW Credit, Inc.,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13593406      +Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038
13531484      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13508270       Wells Fargo Home Mortgage,    ATTN: Mary Coffin, Exec VP,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
13542313       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2020 04:46:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 25 2020 04:46:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:33     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr            +E-mail/Text: duffyk@co.delaware.pa.us Sep 25 2020 04:46:49     Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
13566856       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2020 04:44:11
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13608423      +E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:32
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13621225      +E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:32
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13541931       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 04:44:23
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13508251      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 04:44:07
                 Capital One Bank USA Na,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13508253      +E-mail/Text: cedwards@ncsplus.com Sep 25 2020 04:45:50     Chester Township,
                 c/o National Credit Systems, Inc.,    117 E. 24th Street, 5th Floor,    New York, NY 10010-2937
13508254       E-mail/Text: bankruptcycollections@citadelbanking.com Sep 25 2020 04:46:46
                 Citadel Federal Credit Union,    40 N. Bailey Road,    Thorndale, PA 19372-1026
13598916      +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 25 2020 04:46:46
                 Citadel Federal Credit Union,    520 Eagleview Blvd.,    Exton, PA 19341-1119
13508255      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 04:44:41     CitiBank,
                 c/o Portfolio Recovery,    Riverside Commerce Center,    120 Corporate Blvd., Suite 100,
                 Norfolk, VA 23502-4952
13508257       E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:33     City of Philadelphia,
                 Department of Revenue,    1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102-1663
13508258       E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:33     City of Philadelphia,
                 Department of Revenue,    Attn: Mary-Kate Martin, Esquire,    1401 John F. Kennedy Blvd,
                 Philadelphia, PA 19102-1663
```

```
District/off: 0313-2          User: Keith              Page 2 of 2                  Date Rcvd: Sep 24, 2020
                              Form ID: 138NEW          Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13508261       E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2020 04:46:22      Dept of Ed / Nelnet,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
13564039      +E-mail/Text: kburkley@bernsteinlaw.com Sep 25 2020 04:46:51      First Niagara Bank, N.A.,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
13508252       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 25 2020 04:44:23      Chase Bank USA NA,
                 P.O. Box 15298,    Wilmington, DE 19850
13508265      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 25 2020 04:45:53      PECO,   Bankruptcy Group,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13543757      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 25 2020 04:45:53      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13593505       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 04:44:25
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13508269       E-mail/Text: vci.bkcy@vwcredit.com Sep 25 2020 04:46:24      VW Credit,   1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
13508268      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 25 2020 04:45:38
                 Verizon,   500 Technology Drive,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13554874*        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. kab@jsdc.com,   jnr@jsdc.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              NATHALIE PAUL    on behalf of Creditor    Citadel Federal Credit Union npaul@weltman.com,
               pitecf@weltman.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PETER J. ASHCROFT    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Victor L. Wilson rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Victor L. Wilson
        Debtor(s)                                            Bankruptcy No: 15–12517–mdc
                                                                       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                  900 Market Street
                                      Suite 400
                                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                              For The Court
                                                                      Timothy B. McGrath
                                                                       Clerk of Court

Dated: 9/24/20

                                                                                                                110 – 108
                                                                                                           Form 138_new