United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-12517-mdc

Victor L. Wilson  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 4

Date Rcvd: Nov 02, 2020      Form ID: 206      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Victor L. Wilson, 2222 W. 13th Street, Chester, PA 19013 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 13508248 | | AES/PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 13508249 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 13554873 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13557344 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13508250 | | Bank of America Business Card, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 13508256 | | CitiCards CBNA, Ibs Cdv Disputes, Sioux Falls, SD 57117-6241 |
| 13508259 | | City of Philadelphia Water/Sewer, Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 13508260 | + | Delaware County, Government Center, 201 W. Front Street, Media, PA 19063-2797 |
| 14287040 | + | Delaware County Tax Claim Bureau, c/o LEONARD B. ALTIERI, III, Toscani & Gillin, P.C., 230 N. Monroe Street, Media, PA 19063-2908 |
| 13832443 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13508262 | +++ | Equity Trust Company, c/o Howard Financial, 503 Bridle Path, West Chester, PA 19380-7103 |
| 13508263 | | First Niagara Bank, c/o Bernstein-Burkley, PC, Attn: Raymond P. Wendolowski, Jr., Esqu, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 13508264 | + | Glenn Brown, Howard Financial, 635 Swedesford Road, Malvern, PA 19355-9500 |
| 13508266 | + | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13563706 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13508267 | | US Dept of Education, GLELSI, P.O. Box 7860, Madison, WI 53707-7860 |
| 13534801 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 13961595 | + | VW Credit, Inc., c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13593406 | + | Wells Fargo Bank, N.A, P.O. Box 45038 MAC Z3057012, Jacksonville, FL 32232-5038 |
| 13531484 | + | Wells Fargo Bank, N.A., ATTN: Bankruptcy Dept., MAC#D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 13508270 | | Wells Fargo Home Mortgage, ATTN: Mary Coffin, Exec VP, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 13542313 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2020 02:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2020 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2020 02:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 03 2020 02:55:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Nov 03 2020 02:55:00 | Delaware County Tax Claim Bureau, Government |

Case 15-12517-mdc    Doc 118    Filed 11/04/20    Entered 11/05/20 00:53:34    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: Adminstra | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 206 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | | Center, 201 W. Front Street, Media, PA 19063-2708 |
| 13566856 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 03 2020 02:05:45 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13621225 | + Email/Text: megan.harper@phila.gov | Nov 03 2020 02:55:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13608423 | + Email/Text: megan.harper@phila.gov | Nov 03 2020 02:55:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13541931 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 03 2020 02:03:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13508251 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 03 2020 02:02:09 | Capital One Bank USA Na, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13508253 | + Email/Text: cedwards@ncsplus.com | Nov 03 2020 02:54:00 | Chester Township, c/o National Credit Systems, Inc., 117 E. 24th Street, 5th Floor, New York, NY 10010-2937 |
| 13598916 | + Email/Text: bankruptcycollections@citadelbanking.com | Nov 03 2020 02:55:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 13508254 | Email/Text: bankruptcycollections@citadelbanking.com | Nov 03 2020 02:55:00 | Citadel Federal Credit Union, 40 N. Bailey Road, Thorndale, PA 19372-1026 |
| 13508255 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2020 02:05:34 | CitiBank, c/o Portfolio Recovery, Riverside Commerce Center, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 13508257 | Email/Text: megan.harper@phila.gov | Nov 03 2020 02:55:00 | City of Philadelphia, Department of Revenue, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1663 |
| 13508258 | Email/Text: megan.harper@phila.gov | Nov 03 2020 02:55:00 | City of Philadelphia, Department of Revenue, Attn: Mary-Kate Martin, Esquire, 1401 John F. Kennedy Blvd, Philadelphia, PA 19102-1663 |
| 13508261 | Email/Text: electronicbkydocs@nelnet.net | Nov 03 2020 02:54:00 | Dept of Ed / Nelnet, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 13564039 | + Email/Text: kburkley@bernsteinlaw.com | Nov 03 2020 02:55:00 | First Niagara Bank, N.A., c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 13508252 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 03 2020 02:02:09 | Chase Bank USA NA, P.O. Box 15298, Wilmington, DE 19850 |
| 13508265 | + Email/Text: bankruptcygroup@peco-energy.com | Nov 03 2020 02:54:00 | PECO, Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 13543757 | + Email/Text: bankruptcygroup@peco-energy.com | Nov 03 2020 02:54:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13593505 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2020 02:05:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13508269 | Email/Text: vci.bkcy@vwcredit.com | Nov 03 2020 02:54:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 13508268 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 03 2020 02:54:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13554874 | * | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2020                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

**Name**    **Email Address**

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KARINA VELTER
on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

KIMBERLY A. BONNER
on behalf of Creditor WELLS FARGO BANK N.A. kab@jsdc.com, jnr@jsdc.com

LEONARD B. ALTIERI, III
on behalf of Creditor Delaware County Tax Claim Bureau laltieri@toscanigillin.com

MATTEO SAMUEL WEINER
on behalf of Creditor VW Credit Inc. bkgroup@kmllawgroup.com

NATHALIE PAUL
on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com  pitecf@weltman.com

PAMELA ELCHERT THURMOND
on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

PETER J. ASHCROFT
on behalf of Creditor First Niagara Bank N.A. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

REBECCA ANN SOLARZ
on behalf of Creditor VW Credit Inc. bkgroup@kmllawgroup.com

ROBERT NEIL BRAVERMAN
on behalf of Debtor Victor L. Wilson rbraverman@mcdowelllegal.com
kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2     User: Adminstra     Page 4 of 4
Date Rcvd: Nov 02, 2020     Form ID: 206     Total Noticed: 48
TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Victor L. Wilson                                         Case No: 15−12517−mdc

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 11/2/20

For The Court

Timothy B. McGrath
Clerk of Court

115
Form 206