UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Robert N. Braverman, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone:
856-482-5544/Fax: 856-482-5511
rbraverman@mcdowelllegal.com

In Re:   Victor Wilson, Debtor

| | |
|---|---|
| Case No.: | 15-12517 |
| Chapter: | 13 |
| Judge: | mdc |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Victor Wilson, debtor
(Example: John Smith, creditor)

Old address:   2222 W 13th Street
Chester, PA 19013

New address:   2220 W 13th Street
Chester, PA 19013

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   November 19, 2020          /s/  Robert N. Braverman, Esquire
Signature

*rev.2/1/16*