_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| VICTOR WILSON, | : | CASE #15-12517/MDC |
| Debtor. | : | |

### CERTIFICATION OF NO RESPONSE
**(Motion to Reopen Case and File Certification re Domestic Support Obligation)**

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1. On or about November 3, 2020, a Motion to Reopen Debtor's Chapter 13 Case together with proposed form of Order and Notice thereof were electronically filed with the Clerk of the Bankruptcy Court.

3. On or about November 3, 2020, the aforementioned documents were mailed to all creditors involved (as indicated on the Certificate of Service filed in this matter), via regular mail, postage paid thereon.

4. To date, no objections have been received regarding the Notice and Motion to Reopen the within Chapter 13 Case.

5. Consequently, it is respectfully requested that the Motion to Reopen the within Chapter 13 Case be and the same is hereby GRANTED.Application for Compensation and Reimbursement of Expenses be allowed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                          LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                          Attorneys for Debtor,

                                                          By: /s/ Robert N. Braverman
DATED: December 3, 2020                               ROBERT N. BRAVERMAN, ESQUIRE