UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| VICTOR L. WILSON, | : | CASE #15-12517/MDC |
| Debtor. | : | Hearing Date: 12/03/2020 @ 11 am |

### ORDER REOPENING CASE TO
### FILE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS
### AND SECTION 522(q)

This matter having been opened to the Court by Robert N. Braverman, Esquire of the McDowell Law, PC, attorneys for the above captioned debtor, pursuant to a Motion Seeking Order to Reopen Case in order to file Certification Regarding Domestic Support Obligations and Section 522(q), and Notice thereof, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this __12th__ day of __December__, 2020 ORDERED that the within matter be reopened in order to file debtor's Certification Regarding Domestic Support Obligations and Section 522(q) and the Court enter debtor's Discharge

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge