United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victor L. Wilson  
    Debtor(s)

Case No. 15-12517-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 14, 2020      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor L. Wilson, 2220 W. 13th Street, Chester, PA 19013-2408 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Dec 15 2020 03:45:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Dec 15 2020 03:45:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 4 |

KARINA VELTER
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

KIMBERLY A. BONNER
    on behalf of Creditor WELLS FARGO BANK  N.A. kab@jsdc.com, jnr@jsdc.com

LEONARD B. ALTIERI, III
    on behalf of Creditor Delaware County Tax Claim Bureau laltieri@toscanigillin.com

MATTEO SAMUEL WEINER
    on behalf of Creditor VW Credit  Inc. bkgroup@kmllawgroup.com

NATHALIE PAUL
    on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com  pitecf@weltman.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

PETER J. ASHCROFT
    on behalf of Creditor First Niagara Bank  N.A. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor VW Credit  Inc. bkgroup@kmllawgroup.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Victor L. Wilson rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : CHAPTER 13

VICTOR L. WILSON, : CASE #15-12517/MDC

Debtor. : Hearing Date: 12/03/2020 @ 11 am

**ORDER REOPENING CASE TO
FILE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS
AND SECTION 522(q)**

This matter having been opened to the Court by Robert N. Braverman, Esquire of the McDowell Law, PC, attorneys for the above captioned debtor, pursuant to a Motion Seeking Order to Reopen Case in order to file Certification Regarding Domestic Support Obligations and Section 522(q), and Notice thereof, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this ___12th___ day of ___December___, 2020 ORDERED that the within matter be reopened in order to file debtor's Certification Regarding Domestic Support Obligations and Section 522(q) and the Court enter debtor's Discharge

_/s/ Magdeline D. Coleman_
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge